*363
 

 Et per curiam.
 

 If die agreement be to run at A’s quarter paths, the plaintiff need not prove lie actually did run a quarter, but that he ran at such paths is enough ; otherwise it is if the agreement be to run one quarter of a mile at such paths. If the writ be issued on. the day of the race the plaintiff must prove it issued after the race. As to the owners of the horse, he ought to have been owned wholly by persons in the county of Franklin. Thirdly, if the articles are not
 
 play or pay,
 
 and defendant refused to run, the piaintiff is entitled to one half the sum betted. — * Hut if the articles be
 
 play or pay,
 
 the plaintiff shall recover the whole sum betted. Fourthly, it ought to be proved that the plaintiff’s horse carried through the paths the Weights he received at the starting poles.